**MADAR LAW CORPORATION**
Alex S. Madar, Esq. (SBN: 319745)
alex@madarlaw.net
14410 Via Venezia #1404
San Diego, CA 92129-1666
Telephone: (858) 299-5879
Fax: (619) 354-7281

Attorneys for Plaintiff
JAY CANDELARIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Candelario, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bottom Line Solutions, Inc.,<br>DOES 1-10,<br>ABC CORPORATIONS 1-10,<br>ZYZ, LLC's 1-10<br><br>Defendants. | Case No. 3:19-cv-01934 AJB-LL<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, plaintiff Jay Candelario, through his undersigned counsel, hereby gives notice that the above captioned is voluntarily dismissed with prejudice as to Jay Candelarion, and voluntarily dismissed without prejudice as to the putative class.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 23, 2019 | MADAR LAW CORPORATION |
| 3 | | By  _s/ Alex S. Madar_ |
| 4 | | ALEX S. MADAR |
| 5 | | Attorneys for Plaintiff |
| 6 | | Jay Candelario |
| | | Email: alex@madarlaw.net |

-1-  Case No. 3:19-cv-01934 AJB-LL
NOTICE OF VOLUNATRY DISMISSAL